**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 10:24 AM April 15, 2016**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CANTON

------------------------------------------------------------x
In re:                                                                   :     Case No. 16-60607
                                                                               :
THOUGHTWIRE MEDIA, LLC[1]                         :     Chapter 11
                                                                               :
                                                                               :     Judge Russ Kendig
                                                                               :
       Debtor and                              :
       Debtor-in-Possession.         :
                                                                               :
(Employer Tax I.D. No. 27-3153003)       :
------------------------------------------------------------x

### FINAL ORDER GRANTING MOTION OF THE DEBTOR FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL PURSUANT TO SECTION <u>363 OF THE BANKRUPTCY CODE</u>

      This matter coming before the Court on the Motion of the Debtor for Interim and Final

Orders Authorizing the Debtor's Use of Cash Collateral Pursuant to section 363(c)(2) of Title 11

---

[1] The Debtor also used the following business names: VPS6; Thoughtwire Hosting; Thoughtwire Marketing; Thoughtwire Mobile; and Websites.

of the United States Code (the "Bankruptcy Code") (the "Motion"). The Motion was filed with this Court on March 25, 2016, Docket No. 10.

After a hearing, and consideration of the Motion the Court hereby makes these following findings of fact and conclusions of law: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the order of reference entered in this District on April 12, 2012, pursuant to 28 U.S.C. § 157; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (J), and (M); (c) service of the Motion and notice of the Hearing was sufficient under the circumstances and any requirement for other or further notice shall be, and it hereby is, dispensed with and waived; (d) the Court, having been asked by the Debtor to consider the Motion made under Section 363(c)(2) of the Bankruptcy Code and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is authorized to enter final judgment and this Order constitutes the Court's findings of fact and conclusions of law under Bankruptcy Rule 7052; and (e) the Court having considered the legal and factual bases set forth in the Motion, determines that just cause has been shown for the relief granted herein, and accordingly;

1. The Motion shall be, and hereby is, GRANTED to the extent provided herein.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on March 25, 2016, (the "Petition Date") and is continuing in the management and possession of its business and property as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4. Prior to the commencement of the Debtor's chapter 11 case, Directory Concepts Inc. ("DCI") and Mr. Thomas C. Hickox ("Hickox" and collectively with DCI, the "Lenders") made loans and advances to the Debtor, pursuant to the terms of several loan agreements and promissory notes.

5. Subject to Paragraph F herein, the Debtor agrees and acknowledges that, as of March 25, 2016, the Prepetition Indebtedness constitute valid and binding obligations of the Debtor enforceable (except solely to the extent enforcement is stayed pursuant to section 362 of the Bankruptcy Code) in accordance with the terms of the prepetition loan documents, no offsets, expenses or counterclaims to the Prepetition Indebtedness exist, and the Prepetition Indebtedness is not subject to avoidance or subordination under the Bankruptcy Code or applicable non-bankruptcy law.

6. Pursuant to Section 363(c)(2) the Debtor may not use Cash Collateral without the consent of all parties with an interest in the property or demonstrating adequate protection to such parties under Section 361. The Lenders have consented to the Debtor's use of cash collateral and, subject to paragraph F herein below, the Debtor has demonstrated adequate protection for the Debtor's use of Cash Collateral by granting a replacement lien on the Debtor's post-petition assets to the extent of any diminution of the Lenders' interest in the Cash Collateral, including, but not limited to, accounts receivable, and cash, but excluding (i) those causes of action under Chapter 5 of the Bankruptcy Code ("Avoidance Actions"). Therefore, the Debtor may use the Lenders' Cash Collateral as provided herein pursuant to Section 363(c)(2)(b).

7. The Debtor has stated that it desires to pursue a sale of its assets in cooperation with the Lenders and that the Debtor believes that the best method to effectuate such a sale is by means of a chapter 11 case for the Debtor.

8. Based upon the record presented to the Court by the Debtor, the relief requested in the Motion is necessary, essential, and appropriate for the continued operation of the Debtor's business and the management and preservation of the Debtor's assets and properties and is in the best interests of the Debtor, its estate, and creditors.

**IT IS ORDERED, ADJUDGED, AND DECREED THAT:**

A. The Debtor is hereby authorized to use the Lenders' Cash Collateral pursuant to the terms and provisions of this Order and pursuant to Section 363(c)(2)(B) of the Bankruptcy Code and only in the amounts set forth on the Budget attached hereto as Exhibit A.

B. Subject to Paragraph F herein below, as adequate protection and in accordance with section 363(e) of the Bankruptcy Code, the Lenders are hereby granted valid, binding, enforceable and perfected postpetition replacement liens and additional liens to the extent of any diminution of the Lenders' interest in Cash Collateral (the "Adequate Protection Liens") in all of the Debtor's assets, including, but not limited to, accounts receivable, and cash, excluding (i) Avoidance Actions and (ii) Designated 506(c) Rights, in the same priority as existed on the Petition Date. The Adequate Protection Liens shall secure an amount of the Prepetition Indebtedness equal to the aggregate amount of Cash Collateral expended.

C. Nothing herein shall limit the rights of the Lenders to (i) seek further adequate protection in addition to the Adequate Protection Liens under sections 362 or 363 of the Bankruptcy Code on account of obligations outstanding, (ii) seek further relief from the automatic stay of section 362 of the Bankruptcy Code at any future time, (iii) request a conversion of any or all of the Debtor's chapter 11 case to a chapter 7 or the appointment of a trustee or examiner under section 1104 of the Bankruptcy Code, or (iv) propose, subject to the

provisions of section 1121 of the Bankruptcy Code, a chapter 11 plan or plans in this chapter 11 case.

D. The provisions of this Order shall inure to the benefit of the Debtor and the Lenders and shall be binding upon the Debtor, the Lenders, and their respective successors and assigns including any trustee or other fiduciary hereafter appointed as a legal representative of the Debtor or with respect to property of the estate of the Debtor, whether under chapter 11 of the Bankruptcy Code or any subsequent chapter 7 case, and shall also be binding upon all creditors of the Debtor and other parties in interest.

E. If any or all of the provisions of this Order are hereafter modified, vacated or stayed, such modification, vacation or stay shall not affect the validity of any obligation, indebtedness or liability incurred by the Debtor to the Lenders prior to the effective date of such modification, vacation or stay.

F. All parties in interest in the instant case shall have until the earlier of: (i) sixty (60) days after the appointment of a committee of unsecured creditors pursuant to 11 U.S.C. § 1102(a); and (ii) the Court's entry of an order approving the sale of the debtor's assets, to object to the validity, priority, and extent of the Lenders' claims and security interests.

G. The following parties shall immediately, and in no event later than three (3) days after the entry of this Order, be mailed copies of this Order: (a) the Office of the United States Trustee, (b) the Lenders or their counsel if an appearance is made, (c) all other creditors known to the Debtor who may have liens against Debtor's assets, (d) any statutory committee of unsecured creditors (or if retained, its counsel) if and when one is appointed, (e) the twenty (20) largest unsecured creditors of the Debtor, (f) all parties in interest that have filed requests for notice in this chapter 11 case. In the event this Court modifies any of the provisions of this

Order following any further hearing, such modifications shall not affect the rights and priorities of the Lenders pursuant to this Order with respect to the administrative expense claims incurred prior to such modifications (or otherwise arising prior to such modifications), and this Order shall remain in full force and effect except as specifically amended or modified.

# # #

AGREED TO BY:

/s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo (0059265)
Selena E. DeGirolamo (0092050)
3930 Fulton Dr., Ste. 100B
Canton, Ohio 44718
Telephone: (330) 305-9700
Facsimile: (330) 305-9713
E-mail: ajdlaw@sbcglobal.net
sedlaw@sbcglobal.net

PROPOSED COUNSEL FOR THE
DEBTOR AND DEBTOR IN POSSESSION


/s/ Jay D. Wagner
Jay D. Wagner (0016447)
Wagner Law Firm
118 Harding Way W
Galion, Ohio 44833
Telephone: 419-468-1131
Email: jaywagner@rrohio.com

COUNSEL FOR DIRECTORY CONCEPTS INC.
AND THOMAS C. HICKOX

REVIEWED BY:

<u>Tiiara N.A. Patton</u>
Tiiara N. A. Patton (NYS 4261798)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East
Suite 441
Cleveland, Ohio 44114
(216) 522-7800 ext. 250 – Telephone
(216) 522-7193 – Fax
tiiara.patton@usdoj.gov

**Exhibit A**

126219                              8

# Thoughtwire Media LLC
## Cash Flow Statement (Projection)

| | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 |
|---|---|---|---|---|---|---|
| **OPERATIONS** | | | | | | |
| Cash receipts from customers | $ 102,239.67 | $ 93,885.81 | $ 108,810.08 | $ 105,310.08 | $ 104,810.08 | $ 103,310.08 |
| Cash paid for | | | | | | |
| Wages | $ 44,459.86 | $ 42,537.34 | $ 41,590.99 | $ 41,590.99 | $ 41,590.99 | $ 41,590.99 |
| Other COGS | $ 42,472.52 | $ 37,420.89 | $ 41,252.10 | $ 38,820.10 | $ 38,070.10 | $ 38,070.10 |
| General Operating, Admin & Sales expenses | $ 21,610.12 | $ 21,077.69 | $ 18,977.80 | $ 23,436.80 | $ 18,161.80 | $ 17,761.80 |
| | $ 108,542.50 | $ 101,035.92 | $ 101,820.89 | $ 103,847.89 | $ 97,822.89 | $ 97,422.89 |
| Net cash flow | $ (6,302.83) | $ (7,150.11) | $ 6,989.19 | $ 1,462.19 | $ 6,987.19 | $ 5,887.19 | $ 7,872.82 |

|  | April 2016 (Estimate) | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | 1 WEB | 2 SEO | 3 PPC | 4 HYPER | 5 IMPACT | 6 VPS6 | 7 SALES | 8 Admin | TOTAL |
| **Income** | | | | | | | | | |
| 4000 · Design and Development | 9,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **9,000.00** |
| 4001 · Updates | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **4,000.00** |
| 4010 · Web Hosting | 0.00 | 0.00 | 0.00 | 0.00 | 18,000.00 | 5,000.00 | 0.00 | 0.00 | **23,000.00** |
| 4011 · Domain Registrations & Renewals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 4020 · SEO - Recurring | 0.00 | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **18,000.00** |
| 4022 · Social Media | 0.00 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **1,300.00** |
| 4025 · Hyper Local | 0.00 | 0.00 | 0.00 | 8,677.00 | 0.00 | 0.00 | 0.00 | 0.00 | **8,677.00** |
| 4030 · Pay-Per-Click Management | 0.00 | 0.00 | 41,313.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **41,313.08** |
| 4080 · Other | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | **20.00** |
| 4500 · Chargebacks | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Income** | 13,000.00 | 19,300.00 | 41,313.08 | 8,677.00 | 18,020.00 | 5,000.00 | 0.00 | 0.00 | **105,310.08** |
| **Cost of Goods Sold** | | | | | | | | | |
| 5000 · COGS - Wages | 0.00 | 6,697.41 | 2,600.00 | 1,666.48 | 3,544.93 | 0.00 | 0.00 | 0.00 | **14,508.82** |
| 5001 · COGS - Outsourced | 6,100.00 | 2,000.00 | 1,185.00 | 780.00 | 100.00 | 0.00 | 5,187.25 | 0.00 | **15,352.25** |
| 5100 · COGS - Hosting Data Centers | | | | | | | | | |
| 5140 · Cologix | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 5141 · RackSpace | 0.00 | 0.00 | 0.00 | 0.00 | 1,941.42 | 0.00 | 0.00 | 0.00 | **1,941.42** |
| 5149 · Ubiquity | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 5153 · CBeyond | 0.00 | 0.00 | 0.00 | 0.00 | 1,934.00 | 0.00 | 0.00 | 0.00 | **1,934.00** |
| Century Link | 0.00 | 0.00 | 0.00 | 0.00 | 648.00 | 0.00 | 0.00 | 0.00 | **648.00** |
| Time Warner | 0.00 | 0.00 | 0.00 | 0.00 | 1,118.00 | 0.00 | 0.00 | 0.00 | **1,118.00** |
| 5154 · M247 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Total 5100 · COGS - Hosting Data Centers | 0.00 | 0.00 | 0.00 | 0.00 | 5,641.42 | 0.00 | 0.00 | 0.00 | **5,641.42** |
| 5101 · COGS - Domain Name Registration | | | | | | | | | |
| 5142 · Enom - Domain Reg | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | **200.00** |
| 5101 · COGS - Domain Nam | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Total 5101 · COGS - Domain Name Registr | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | **200.00** |
| 5107 · COGS - Software | | | | | | | | | |
| 5144 · CPanel | 0.00 | 0.00 | 0.00 | 0.00 | 274.80 | 0.00 | 0.00 | 0.00 | **274.80** |
| 5145 · RavenTools SEO So | 0.00 | 249.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **249.00** |
| 5146 · Sprout Social | 0.00 | 99.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **99.00** |
| 5147 · IDU Insight - Spla | 0.00 | 0.00 | 0.00 | 0.00 | 834.24 | 0.00 | 0.00 | 0.00 | **834.24** |
| 5150 · Parallels | 0.00 | 0.00 | 0.00 | 0.00 | 1,287.06 | 0.00 | 0.00 | 0.00 | **1,287.06** |
| 5151 · Marin | 0.00 | 0.00 | 1,072.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **1,072.50** |
| 5152 · WPEngine | 0.00 | 0.00 | 0.00 | 0.00 | 29.00 | 0.00 | 0.00 | 0.00 | **29.00** |
| 5157 · SolusVM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 5158 · JBMC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 5159 · MaxMind | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 5107 · COGS - Software - C | 100.00 | 35.71 | 390.63 | 0.00 | 56.00 | 0.00 | 0.00 | 0.00 | **582.34** |
| Total 5107 · COGS - Software | 100.00 | 383.71 | 1,463.13 | 0.00 | 2,481.10 | 0.00 | 0.00 | 0.00 | **4,427.94** |
| 5300 · COGS - PPC Ad Spend | 0.00 | 0.00 | 26,568.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **26,568.15** |
| 5705 · COGS - Payroll Taxes | 0.00 | 996.41 | 0.00 | 0.00 | 271.18 | | 0.00 | 0.00 | **1,267.59** |
| **Total COGS** | 6,200.00 | 10,077.53 | 31,816.28 | 2,446.48 | 12,238.63 | 0.00 | 5,187.25 | 0.00 | **67,966.17** |
| **Gross Profit** | 6,800.00 | 9,222.47 | 9,496.80 | 6,230.52 | 5,781.37 | 5,000.00 | -5,187.25 | 0.00 | **37,343.91** |
| **Expense** | | | | | | | | | |
| 6100 · Sales - Dues & Memberships | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 7000 · Admin - Wages | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,729.92 | **11,729.92** |
| 7001 · Admin payroll taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 715.00 | **715.00** |
| 7110 · FUTA Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 133.03 | **133.03** |
| 7140 · SUTA Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 654.42 | **654.42** |
| 7142 · Medical Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,530.50 | **2,530.50** |
| 7146 · Simple IRA Employer Match Expen | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 395.75 | **395.75** |

| Account | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| 7600 · Internet | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 411.84 | **411.84** |
| 7610 · Phone & Internet | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 539.02 | **539.02** |
| 7615 · Software - General | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 149.00 | 535.30 | **684.30** |
| 7620 · Office Equipment & Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 591.40 | **591.40** |
| 7622 · Business Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.58 | **59.58** |
| 7700 · Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,649.57 | **6,649.57** |
| 7702 · Consulting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 7703 · Bank Fees | 0.00 | 0.00 | 22.50 | 22.50 | 0.00 | 0.00 | 0.00 | 0.00 | **45.00** |
| 7704 · Credit Card Fees & Merchant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.19 | 3,766.20 | **3,767.39** |
| 7800 · Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | **1,500.00** |
| 7850 · Meals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | **100.00** |
| 7851 · Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | **500.00** |
| Fee to United States Trustee for Q1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,875.00 | **4,875.00** |
| **Total Expense** | 0.00 | 0.00 | 22.50 | 22.50 | 0.00 | 0.00 | 150.19 | 35,686.53 | **35,881.72** |
| **Net Income** | 6,800.00 | 9,222.47 | 9,474.30 | 6,208.02 | 5,781.37 | 5,000.00 | -5,337.44 | -35,686.53 | **1,462.19** |

|  | May 2016 (Estimate) | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | 1 WEB | 2 SEO | 3 PPC | 4 HYPER | 5 IMPACT | 6 VPS6 | 7 SALES | 8 Admin | TOTAL |
| **Income** | | | | | | | | | |
| 4000 · Design and Development | 9,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **9,000.00** |
| 4001 · Updates | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **4,000.00** |
| 4010 · Web Hosting | 0.00 | 0.00 | 0.00 | 0.00 | 18,000.00 | 5,000.00 | 0.00 | 0.00 | **23,000.00** |
| 4011 · Domain Registrations & Renewals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 4020 · SEO - Recurring | 0.00 | 18,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **18,500.00** |
| 4022 · Social Media | 0.00 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **1,300.00** |
| 4025 · Hyper Local | 0.00 | 0.00 | 0.00 | 8,677.00 | 0.00 | 0.00 | 0.00 | 0.00 | **8,677.00** |
| 4030 · Pay-Per-Click Management | 0.00 | 0.00 | 40,313.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **40,313.08** |
| 4080 · Other | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | **20.00** |
| 4500 · Chargebacks | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Income** | 13,000.00 | 19,800.00 | 40,313.08 | 8,677.00 | 18,020.00 | 5,000.00 | 0.00 | 0.00 | **104,810.08** |
| **Cost of Goods Sold** | | | | | | | | | |
| 5000 · COGS - Wages | 0.00 | 6,697.41 | 2,600.00 | 1,666.48 | 3,544.93 | 0.00 | 0.00 | 0.00 | **14,508.82** |
| 5001 · COGS - Outsourced | 6,100.00 | 2,000.00 | 1,185.00 | 780.00 | 100.00 | 0.00 | 5,187.25 | 0.00 | **15,352.25** |
| 5100 · COGS - Hosting Data Centers | | | | | | | | | |
| 5140 · Cologix | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 5141 · RackSpace | 0.00 | 0.00 | 0.00 | 0.00 | 1,941.42 | 0.00 | 0.00 | 0.00 | **1,941.42** |
| 5149 · Ubiquity | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 5153 · CBeyond | 0.00 | 0.00 | 0.00 | 0.00 | 1,934.00 | 0.00 | 0.00 | 0.00 | **1,934.00** |
| Century Link | 0.00 | 0.00 | 0.00 | 0.00 | 648.00 | 0.00 | 0.00 | 0.00 | **648.00** |
| Time Warner | 0.00 | 0.00 | 0.00 | 0.00 | 1,118.00 | 0.00 | 0.00 | 0.00 | **1,118.00** |
| 5154 · M247 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Total 5100 · COGS - Hosting Data Centers | 0.00 | 0.00 | 0.00 | 0.00 | 5,641.42 | 0.00 | 0.00 | 0.00 | **5,641.42** |
| 5101 · COGS - Domain Name Registration | | | | | | | | | |
| 5142 · Enom - Domain Reg | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | **200.00** |
| 5101 · COGS - Domain Name Registra | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| Total 5101 ·COGS -Domain Name Registration | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | 0.00 | **200.00** |
| 5107 · COGS - Software | | | | | | | | | |
| 5144 · CPanel | 0.00 | 0.00 | 0.00 | 0.00 | 274.80 | 0.00 | 0.00 | 0.00 | **274.80** |
| 5145 · RavenTools SEO Software | 0.00 | 249.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **249.00** |
| 5146 · Sprout Social | 0.00 | 99.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **99.00** |
| 5147 · IDU Insight - Spla | 0.00 | 0.00 | 0.00 | 0.00 | 834.24 | 0.00 | 0.00 | 0.00 | **834.24** |
| 5150 · Parallels | 0.00 | 0.00 | 0.00 | 0.00 | 1,287.06 | 0.00 | 0.00 | 0.00 | **1,287.06** |
| 5151 · Marin | 0.00 | 0.00 | 1,072.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **1,072.50** |
| 5152 · WPEngine | 0.00 | 0.00 | 0.00 | 0.00 | 29.00 | 0.00 | 0.00 | 0.00 | **29.00** |
| 5157 · SolusVM | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 5158 · JBMC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 5159 · MaxMind | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 5107 · COGS - Software - Other | 100.00 | 35.71 | 390.63 | 0.00 | 56.00 | 0.00 | 0.00 | 0.00 | **582.34** |
| Total 5107 · COGS - Software | 100.00 | 383.71 | 1,463.13 | 0.00 | 2,481.10 | 0.00 | 0.00 | 0.00 | **4,427.94** |
| 5300 · COGS - PPC Ad Spend | 0.00 | 0.00 | 25,818.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **25,818.15** |
| 5705 · COGS - Payroll Taxes | 0.00 | 996.41 | 0.00 | 0.00 | 271.18 | | 0.00 | 0.00 | **1,267.59** |
| **Total COGS** | 6,200.00 | 10,077.53 | 31,066.28 | 2,446.48 | 12,238.63 | 0.00 | 5,187.25 | 0.00 | **67,216.17** |
| **Gross Profit** | 6,800.00 | 9,722.47 | 9,246.80 | 6,230.52 | 5,781.37 | 5,000.00 | -5,187.25 | 0.00 | **37,593.91** |
| **Expense** | | | | | | | | | |
| 6100 · Sales - Dues & Memberships | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 7000 · Admin - Wages | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,729.92 | **11,729.92** |
| 7001 · Admin payroll taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 715.00 | **715.00** |
| 7110 · FUTA Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 133.03 | **133.03** |
| 7140 · SUTA Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 654.42 | **654.42** |
| 7142 · Medical Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,530.50 | **2,530.50** |
| 7146 · Simple IRA Employer Match Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 395.75 | **395.75** |
| 7600 · Internet | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 411.84 | **411.84** |
| 7610 · Phone & Internet | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 539.02 | **539.02** |
| 7615 · Software - General | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 149.00 | 535.30 | **684.30** |
| 7620 · Office Equipment & Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 591.40 | **591.40** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7622 · Business Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 59.58 | **59.58** |
| 7700 · Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,649.57 | **6,649.57** |
| 7702 · Consulting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| 7703 · Bank Fees | 0.00 | 0.00 | 22.50 | 22.50 | 0.00 | 0.00 | 0.00 | 0.00 | **45.00** |
| 7704 · Credit Card Fees & Merchant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.19 | 3,366.20 | **3,367.39** |
| 7800 · Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | **1,500.00** |
| 7850 · Meals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | **100.00** |
| 7851 · Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | **500.00** |
| Fee to United States Trustee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** |
| **Total Expense** | 0.00 | 0.00 | 22.50 | 22.50 | 0.00 | 0.00 | 150.19 | 30,411.53 | **30,606.72** |
| **Net Income** | **6,800.00** | **9,722.47** | **9,224.30** | **6,208.02** | **5,781.37** | **5,000.00** | **-5,337.44** | **-30,411.53** | **6,987.19** |